IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALBERT J. GOLDBERGER,

      Plaintiff,

v.                                                                           No. 1:21-cv-00199-KG-SMV

U.S. DEPT. OF THE TREASURY
INTERNAL REVENUE SERVICE,

      Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

IT IS ORDERED that this case is DISMISSED without prejudice.

_____
UNITED STATES DISTRICT JUDGE